■ In the Matter of MAREK HYRA, Appellant, v THOMAS J. JACOBELLIS, Justice of Town of Carmel Justice Court, et al., Respondents. [47 NYS3d 717]—In a proceeding pursuant to CPLR article 78, inter alia, to compel the respondent Justice Thomas Jacobellis of the Town of Carmel Justice Court to reinstate certain charges formerly pending in that Court, the petitioner appeals from a judgment of the Supreme Court, Putnam County (Nicolai, J.), dated December 27, 2013, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

The petition was properly denied, and the proceeding was properly dismissed, as barred by the four-month statute of limitations applicable to CPLR article 78 proceedings (see CPLR 217 [1]; Matter of Holtzman v Marrus, 74 NY2d 865 [1989]). Eng, P.J., Leventhal, Cohen and Duffy, JJ., concur.